IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIAE YIM, | 1:05-cv-00917-AWI-TAG HC |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 10) |
| vs. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 5) |
| INS, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 16, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be DISMISSED because of Petitioner's failure to comply with the Court's orders. (Doc. 10). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed September 16, 2005 (Doc. 10) is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 5), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:    November 29, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                                          UNITED STATES DISTRICT JUDGE